AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Callum Robinet (4)<br><br><br><u> </u><br>*Defendant* | )<br>)<br>)   Case No.  26-115 KMM/DTS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Callum Robinet  ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment        Superseding Indictment      Information      Superseding Information      Complaint

     Probation Violation Petition      Supervised Release Violation Petition      Violation Notice     Order of the Court

This offense is briefly described as follows:                             Pretrial Release Violation Petition

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372

Date:  06/11/2026

                                                             *Issuing officer's signature*

City and state:   Minneapolis, MN                           Kate M. Fogarty, Clerk of Court
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                              *Arresting officer's signature*

                                                              *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____