UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,                **<u>UNDER SEAL</u>**

  v.                      **MOTION TO UNSEAL**

ISAAC SANT, ET AL.,

        Defendants.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Sommer Honeycutt, Special Assistant United States Attorney, hereby moves the Court for an order to unseal the Indictment in the above-referenced matter. This motion is based upon the records and proceedings in this matter.

Dated: June 16, 2026.

                        Respectfully Submitted,

                        DANIEL N. ROSEN
                        United States Attorney

                        *s/ Sommer Honeycutt*
        BY:  SOMMER HONEYCUTT
              Special Assistant U.S. Attorney
              600 U.S. Courthouse
              300 S. 4th Street
              Minneapolis, MN 55415
              Attorney reg: 398667
              Sommer.Honeycutt@usdoj.gov
              (612) 664-5600