UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                        **ORDER**

ISAAC SANT, ET AL.,

Defendants.

This matter is before the Court on the Government's Motion to Unseal the Indictment in this case. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: June 16, 2026

_____
JOHN F. DOCHERTY
United States Magistrate Judge