UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                                                    Case No: 26-cr-115 KMM/DTS

        Plaintiff,

v.

                                                    **Brady Obligation Order**

Isaac Auman Sant (1),

        Defendant.

_____

        Pursuant to the Due Process Protections Act  the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

        **IT IS SO ORDERED.**

        Dated: June 16, 2026

                                                     *s/John F. Docherty*
                                                    John F. Docherty
                                                    U.S. Magistrate Judge