**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        26-cr-115 KMM/DTS |
| | ) | Date:           June 16, 2026 |
| Hannah Margaret Van De Water Davis (8), | ) | Courthouse:     St. Paul |
| | ) | Courtroom:      Devitt |
| Defendant. | ) | Time Commenced:  3:41 p.m. |
| | ) | Time Concluded:  3:45 p.m. |
| | ) | Time in Court:   4 minutes |

X INITIAL APPEARANCE       X 3142(f)(2) HEARING
Time in Court Initial/3142: 2 minutes/2 minutes

Plaintiff: Sommer Honeycutt and Robert Tucker, Assistant U.S. Attorney
Defendant: Dan Huddleston and Aaron Morrison, Assistant Federal Defender
           X FPD        X To be appointed

Date Charges Filed: June 11, 2026        Offense: Conspiracy to impede or injure a federal officer.

           X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD before United States Magistrate Judge David T. Schultz for:
           X Arraignment

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.
X Government exhibits 1-20 admitted for purposes of today's hearing.

                                                    *s/ms*
                                            Signature of Courtroom Deputy