UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Case No: 26-cr-115 KMM/DTS

Plaintiff,

v.

**Brady Obligation Order**

William Morgan (14),

Defendant.

_____

Pursuant to the Due Process Protections Act  the  Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: June 16, 2026

  *s/John F. Docherty*
John F. Docherty
U.S. Magistrate Judge