AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~ENGRAVED~~

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Isaac Auman Sant (1) | ) | Case No. 26-115 KMM/DTS |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

REC'D U.S. MARSHAL MPLS
JUN 12 '26 AM 8:46

**RECEIVED**

JUN 16 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Isaac Auman Sant                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372
Count 4: Interstate Stalking, 18:2261A(1)(B)

Date:  06/11/2026

_____

City and state:     Minneapolis, MN

Kate M. Fogarty
_Issuing officer's signature_

Kate M. Fogarty, Clerk of Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ ARRESTED ON ___6/16/2026___.
ARRESTED BY ___HSI___

Date: _____
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_Arresting officer's signature_

SCANNED
JUN 16 2026
U.S. DISTRICT COURT MPLS

_Printed name and title_