AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Minnesota ~~SEALED~~

REC'D U.S. MARSHAL MPLS
JUN 12 '26 AM8:47

United States of America
v.
Brian Stillwell Apland (6)

)
)
)
)
)
)
)

Case No. 26-115 KMM/DTS

**RECEIVED**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian Stillwell Apland ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372

Date: 06/11/2026

*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* ARRESTED ON __6/16/2026__ . ARRESTED BY __HSI__ |

Date: _____

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature* SCANNED

JUN 1 6 2026

*Printed name and title* U.S. DISTRICT COURT MPLS