AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

REC'D U.S. MARSHAL MPLS
JUN 12 '26 AM 8:48

| | |
|---|---|
| United States of America<br>v.<br>William Morgan (14)<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  26-115 KMM/DTS

**RECEIVED**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Morgan                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372
Count 5: Interstate Stalking, 18:2261A(1)(B)
Count 6: Assault on a Federal Officer, 18:111(a)(1)
Count 7: Destruction of Government Property, 18:1361

Date:  06/11/2026 _____

_____
Issuing officer's signature

City and state:     Minneapolis, MN _____

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

ARRESTED ON ___6/16/2026___

Date: _____     ARRESTED BY ___HSI___

U.S. MARSHAL
DISTRICT OF MINNESOTA

BY _____

_____
Arresting officer's signature

SCANNED

JUN 1 6 2026

_____
*Printed name and title*

U.S. DISTRICT COURT MPLS