**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          26-cr-115 KMM/DTS |
| | ) | Date:          June 17, 2026 |
| Douglas Misterek (12), | ) | Courthouse:          St. Paul |
| | ) | Courtroom:          Devitt |
| Defendant. | ) | Time Commenced:          1:36 p.m. |
| | ) | Time Concluded:          1:50 p.m. |
| | ) | Time in Court:          14 minutes |

X INITIAL APPEARANCE          X 3142(f)(2) HEARING
Time in Court Initial/3142: 7 minutes/7 minutes

　Plaintiff: Sommer Honeycutt, Assistant U.S. Attorney
　Defendant: Lisa Lopez, Assistant Federal Defender
　　　　X FPD          X To be appointed


Date Charges Filed: June 11, 2026          Offense: Conspiracy to impede or injure a federal officer.


　　　X Advised of Rights

on　　X Indictment

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD before United States Magistrate Judge David T. Schultz for:
　　　X Arraignment


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.
X Government exhibits 1-20 admitted for purposes of today's hearing.


　　　　　　　　　　　　　　　　　　　　　　　_s/ms_
　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy