**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        26-cr-115 KMM/DTS |
| | ) | Date:        June 17, 2026 |
| Natasha Rakotz (15), | ) | Courthouse:    St. Paul |
| | ) | Courtroom:     Devitt |
| Defendant. | ) | Time Commenced:    1:51 p.m. |
| | ) | Time Concluded:    2:10 p.m. |
| | ) | Time in Court:    19 minutes |

X INITIAL APPEARANCE        X 3142(f)(2) HEARING
Time in Court Initial/3142: 10 minutes/9 minutes

Plaintiff: Sommer Honeycutt, Assistant U.S. Attorney
Defendant: James Cook
        X Retained

X Has retained counsel currently.   X Found to be eligible for appointment of counsel if needed in the future.

Date Charges Filed: June 11, 2026        Offense: Conspiracy to impede or injure a federal officer; assault on a federal officer.

        X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD before United States Magistrate Judge David T. Schultz for:
        X Arraignment

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.
X Government exhibits 1-20 admitted for purposes of today's hearing.

                                                                    *s/ms*
                                                        Signature of Courtroom Deputy