UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-115(5) (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REPRESENTATION** |
| ERIK DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that undersigned counsel Jordan S. Kushner is

representing Defendant Erik Davis as retained private counsel in the above-captioned

case.

Dated:  June 17, 2026                    LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com