UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

(Rev. 03/2018)

# TRANSCRIPT ORDER

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

COURT USE ONLY
**NOTES:**

| | | |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Daniel Schiller | 2a. CONTACT PHONE NUMBER: 612-664-5661 | 3. CONTACT EMAIL ADDRESS: daniel.schiller@usdoj.gov |
| 1b. ATTORNEY NAME (if different): Sommer Honeycutt | 2b. ATTORNEY PHONE NUMBER: 612-664-5600 | 3. ATTORNEY EMAIL ADDRESS: sommer.honeycutt@usdoj.gov |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
300 S 4th Street, Ste 600
Minneapolis, MN 55415

5. CASE NAME (Include defendant number, for criminal cases only)
US v Sant et al

6. CASE NUMBER
26-115

7. COURT REPORTER NAME, if applicable

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY): CJA: Do not use this form; use AUTH24 in CJA.

- ☐ APPEAL
- ☒ CRIMINAL
- ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ Standing Order (**MDL** only)

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 6/16/26 | jfd | initial appearance | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
L0105 - copy

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE
Digitally signed by DANIEL SCHILLER
Date: 2026.06.18 10:47:15 -05'00'

12. DATE
Jun 18, 2026