UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-115 KMM/DTS

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

Cameron Kennedy (3),

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Jill Brisbois, Attorney ID 345477, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  June 18, 2026

_s/John F. Docherty_
Honorable John F. Docherty
United States Magistrate Judge