**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

      Plaintiff,

v.

Isaac Auman Sant (1),
Emmett James Doyle (2),
Cameron Kennedy (3),
Callum Robinet (4),
Erik Davis (5),
Brian Stillwell Apland (6),
Hannah Margaret Van De Water Davis (8),
Treasure Cay Thoreson (9),
Nathan Junho Kim (10),
Alec Stewart (11),
Douglas Misterek (12),
Dustin Scott Beisell (13),
William Morgan (14),
Natasha Rakotz (15),

      Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER AND NOTICE OF ARRAIGNMENT**

---

**PLEASE TAKE NOTICE** that a combined status conference and arraignment hearing as to the above-named Defendants will be held before the undersigned United States Magistrate Judge on **July 1, 2026** at **1:30 p.m.**, in Courtroom 9W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Counsel shall come prepared to address any issues regarding discovery, the Government's Motion to Designate Case as Complex (Dkt. No. 22), and the proposed pretrial schedule.

Dated: June 22, 2026

        s/ David T. Schultz_____
        DAVID T. SCHULTZ
        United States Magistrate Judge