UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ISAAC SANT, ET AL.,

       Defendants.

**MOTION FOR CLARIFICATION OF COURT ORDER**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Sommer Honeycutt, Special Assistant United States Attorney, hereby requests clarification of the Court's Order with regards to the requested conditions of release for all defendants in this above-captions case.

The government is currently seeking a transcript of the proceedings on June 16, 2026, and 17, 2026. The following recitation of the court hearings are based on counsel's collective memory of the proceedings:

On the record on June 16, 2026, the government moved this Court for a condition of release for all defendants to have no communication with each other.  Upon request of defense counsel, there was a limited carve out except

for defendants Sant and Robinet due to the fact that they are roommates. The government did not specifically request "no contact with all witnesses or victims," as to do so would be untenable at this stage in the proceedings. On June 17, 2026, counsel for one of the defendants asked if the conditions included a no-contact list of victims and witnesses, to which the government objected stating that this is an on-going investigation and this would be very difficult to provide at this stage. The Court specifically did not order that the government provide victims or witnesses in a "no contact list."

The "Order Setting Conditions of Release" that has been issued for every defendant, on page (2) two, has a type-written condition under (g) that states "codefndants listed in the Indictment. The government shall provide a No Contact List to the defendant, defense counsel and the US Probation Office." The rest of (g) is pre-written language with regards to "victim and witnesses" that the Court specifically excluded from its oral order on both the June 16, 2026, and June 17, 2026.

The government now seeks clarification that the no-contact order only includes co-defendants and prohibits defendants from contact with one another.

Dated: June 24, 2026.

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Sommer Honeycutt*

BY:    SOMMER HONEYCUTT
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
(612) 664-5600
Attorney Reg.: MN 0398667
Sommer.honeycutt@usdoj.gov