AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Minnesota

~~SEALED~~

REC'D U.S. MARSHAL MPLS
JUN 12 '26 AM 8:49

RECEIVED
JUN 2 4 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Natasha Rakotz (15) | ) | Case No. 26-115 KMM/DTS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Natasha Rakotz _____ ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      Superseding Indictment      Information      Superseding Information      Complaint

   Probation Violation Petition      Supervised Release Violation Petition      Violation Notice      Order of the Court

   Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372
Count 8: Assault on a Federal Officer, 18:111(a)(1) and (b)

Date:   06/11/2026 _____                    _____ M. Fogarty _____
                                                                *Issuing officer's signature*

City and state:   Minneapolis, MN _____      Kate M. Fogarty, Clerk of Court
                                                                *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ ARRESTED ON _6/17/2026_ . ARRESTED BY _USMS_ | | Arresting officer's signature |
| Date: _____ U.S. MARSHAL DISTRICT OF MINNESOTA BY _____ | | _____ Printed name and title |

SCANNED
JUN 2 5 2026
U.S. DISTRICT COURT MPLS