UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF APPEARANCE**

ISAAC AUMAN SANT, ET AL,

Defendants.

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Kristian S. Weir

Dated: June 26, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Kristian S. Weir*

BY: KRISTIAN S. WEIR
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 396771
kristian.weir@usdoj.gov
(612) 664-5600