UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      **PROTECTIVE ORDER**

ISAAC SANT, ET AL.,

      Defendant.

On June 30, 2026, the United States moved, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3509(d)(3) for an order restricting the dissemination of certain discovery material. (ECF No. 137.)

The United States has shown good cause why the dissemination of discovery material should be limited, given the redaction of such materials would be impracticable, unduly burdensome, and could impede defense counsel's preparation, and that the unrestricted disclosure of such information may violate victims' and witnesses' privacy and cause them other harm.

WHEREFORE, it is hereby **ORDERED** that the Government's Motion for Protective Order is **GRANTED**; it is furthered **ORDERED** that "Protected Material," as defined below, shall be held in strict confidentiality and used only in connection with the defense of the charges in this case, and for no other purpose.

The Court further **ORDERS** as follows:

1.    "Protected Material" includes:

    a.    the identity of victims and witnesses, and the identity of any new victim or witness who may be identified;

    b.    the personally identifying information of any victim or witness in this case, including, but not limited to, telephone numbers, residential addresses, email addresses, social media accounts, Social Security numbers, medical information, and dates of birth; and

    c.    to the extent there is any medical information of any victim or witness in this case, whether currently in the possession of the United States, or medical records or medical data relating to the victim and witnesses that may be obtained by the United States as a part of the discovery process during the course of this litigation.

2.    Protected Material may be used solely for purposes of this litigation and for no other purpose.

3.    Defense counsel shall limit the making of copies of the Protected Material to those necessary to their activities as counsel to the Defendants in

this action, but that under no circumstances will unredacted copies be provided directly to the Defendants.

4.      All individuals having access to these materials shall be informed of the terms of the Protective Order prior to disclosure and shall certify, by signing a copy of the Protective Order, that they have read the terms of the Protective Order and understand that they are bound by these terms.

5.      Defense counsel may advise the Defendants of the contents of the Protected Material and review the Protected Material with the Defendants, without providing unredacted copies or allowing the copying or retention of any Protected Material, subject to the condition that the Defendant has read the Protective Order and understands and agrees to be bound by its terms.

6.      If defense counsel brings the Protected Material to any detention facility or location where a Defendant resides pre-trial, the Protected Material must remain in the defense counsel's possession and control at all times and may not be left with any Defendant, but must be removed by the defense counsel upon leaving the facility or residence.

7.      Any documents or other materials containing the Protected Material, and any and all copies of them, must be returned to the government or destroyed within thirty (30) days of the conclusion of this litigation. Defense

may retain one complete copy of discovery for its file and that material will remain subject to this Protective Order.

8.    Use of the Protected Material covered by the Protective Order for any purpose other than the instant litigation shall be deemed a violation of the Protective Order punishable by sanctions, including contempt of court.

Dated: _____                    _____

                                         The Honorable David T. Schultz
                                         United States Magistrate Judge

## **CERTIFICATION**

By signing below, I, _____ (please print legibly),

hereby certify that I have read this Order and agree to be bound by its terms.


_____          _____
Date                                Signature