**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,                Court File No. 26-cr-115 (11)(KMM/DTS)

        Plaintiff,

v.                                       **RESPONSE IN OPPOSITION**
                                         **TO THE GOVERNMENT'S**
ALEC STEWART,                            **MOTION FOR PROTECTIVE**
                                         **ORDER**

        Defendant.

_____

The Defendant, Alec Stewart, by and through his attorney, submits the following objection to the Government's motion for protective order (DOC #143). In response to the motion, the Defendant Stewart states as follows:

1.      The Government filed a motion for a protective order (DOC #143) on June 30, 2026.

2.      The Government has not met and conferred with counsel for Stewart pursuant to local rules about this motion, or any other issues that could reasonably by raised in the status conference scheduled for July 1, 2026.

3.      Stewart generally objects to the motion for protective order because it places a burden on the defense to identify which files are considered protected material. The practical effect of this motion would be that defense counsel must classify all, or an unnecessarily significant portion, of the discovery as protected material to avoid an unintentional violation of the order.

4.      Stewart specifically objects to the motion precluding counsel from providing copies of discovery to clients, even if designated as protected material. It is impractical for each defense counsel to review such a large amount of discovery with clients only through in-person meetings.

5.      The Government should be required to confer with defense counsel about the proposed terms of a protective order. There is nothing about the instant matter that requires a significantly different approach compared to other recent cases involving proposed protective orders.

6.      Stewart asks the Court to deny the Government's motion for protective order in DOC #143. The parties can then attempt to negotiate mutually acceptable terms for a protective order for the Court's consideration.

Law Office of Robert A. Lengeling, PLLC

Date:__June 30, 2026___          By ___*s/ Robert A. Lengeling*_____

MN ID #304165
310 Fourth Ave S, Suite 1050
Minneapolis, Minnesota 55415
(612) 963-1555
robert@lengelinglaw.com
ATTORNEY FOR DEFENDANT
ALEC STEWART