UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-115 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA RAKOTZ (15)<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Kira A. Kelley shall appear as counsel of record for defendant Natasha Rakotz as retained counsel.

Date: June 30, 2026

/s/ Kira A. Kelley

Kira A. Kelley, Esq. (MN: 402932)
CLIMATE DEFENSE PROJECT
P.O. Box 7040
Minneapolis, MN 55407
kira@climatedefenseproject.org
(802) 683-4086

*Attorney for Natasha Rakotz*