**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ARRAIGNMENT MINUTES**

COURT MINUTES - CRIMINAL
BEFORE DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

Plaintiff,

v.

Isaac Auman Sant (1),

Defendant.

| | |
|---|---|
| Case No: | 26-cr-115 (KMM/DTS) |
| Date: | July 1, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | Courtroom 12W |
| Court Reporter: | Renee Rogee |
| Time Commenced: | 1:31 P.M. |
| Time Concluded: | 1:32 P.M. |
| Time in Court: | 2 Minutes |

APPEARANCES:

Plaintiff: Sommer Honeycutt and Kristian Weir, Assistant U.S. Attorneys
Defendant: Tim Phillips, standing in for Kevin Riach, CJA Appointment

X Reading of Indictment Waived

X Not Guilty Plea Entered

/s ALS
Law Clerk