UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC SANT, ET AL.,

Defendants.

**GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENSE'S MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Special Assistant United States Attorney Sommer Honeycutt, hereby consolidates its response and objects to the defense motions to modify conditions of release.

The Defendants that have filed a request to modify conditions of release are Defendant Doyle, Morgan, Misterek, Rakotz, Stewart, Kim and Thoreson. The Defendant's requests do not state a change in circumstance that warrant revisiting the conditions of release. No contact orders are a typical condition of release and are typical of cases where there are many co-defendants in the indictment. *See United States v. Brown et al*, 23-cr-160 (in particular in *United States v. Washington*, 7(g), Doc. No. 546, ordering no contact with codefendants). *See also United States v. Williams*, *et al*, 26-cr-56 (in particular in *United States v. Brown*, 7(g), Doc. No. 120).

The United States Supreme Court has held that pretrial detention contemplated by the Bail Reform Act is regulatory in nature and does not constitute punishment in violation of the Due Process Clause. *United States v. Salerno*, 481 U.S. 739, 748 (1987). In *Salerno*, the Court held that detention prior to trial is a carefully limited exception on liberty and that the provisions for pretrial detention in the Bail Reform Act of 1984 fall within that carefully limited exception. *United States v. Salerno*, 481 U.S. 739, 755 (1987). *See also, United States v. Wendt*, 650 F. Supp. 3d 672, 683-84 (S.D. Iowa 2023) (The defendant objected to two of his conditions of release, the firearms restriction and a restriction on his ability to communicate with potential witnesses. *Id* at 683. The Court concluded that the nature and circumstances of the offenses weighed strongly in favor of imposing Condition 5(j).) *Id* at 684.)

Dated: 7/13/2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Sommer Honeycutt*
BY: SOMMER HONEYCUTT
Special Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

MN Attorney Reg: 398667
Sommer.Honeycutt@usdoj.gov
(612) 664-5600