LAW OFFICE OF
# JORDAN S. KUSHNER

TELEPHONE: (612) 288-0545
FACSIMILE: (612) 288-0546

431 SOUTH 7TH STREET, SUITE 2446
MINNEAPOLIS, MINNESOTA 55415
jskushner@gmail.com

July 13, 2026

Judge Katherine M. Menendez
Magistrate Judge David T. Schultz
U.S. District Court of Minnesota
**VIA CM/ECF**

Re: United States v. Erik Davis, Case No. 26-CR-115(5) (KMM/DTS)

Dear Judge Menendez and Magistrate Judge Schultz:

I am writing on behalf of Defendant Erik Davis in order to provide clarifications necessitated by the Government's Consolidated Response to Defense's Motion to Modify Conditions of Release (Doc. 176):

1) The government listed seven Defendants who have filed a request to modify conditions of release whom the government is apparently responding to. (Doc. 176 at 1). The government did not list Mr. Davis as one of the Defendants seeking modification. I therefore wanted to make certain that the Court is aware that Mr. Davis also has a pending Motion for Amendment of Condition of Release which seeks relief similar to that of the other Defendants. (Doc. 150). In fact Mr. Davis was the first Defendant to file such a motion.  While it may be reasonable to assume that the government did not name Mr. Davis because it does not oppose his motion, it is important that the Court take notice that Mr. Davis did file the motion.

2) The government asserts that Defendants must show a change in circumstances to warrant revisiting conditions of release. Mr. Davis, however, is relying on 18 U.S.C. § 3145(a)(2) which authorizes a motion to the Court for amendment of the conditions of release where the release order was by a Magistrate Judge. As stated in Mr. Davis' original motion, the Court is required to conduct a *de novo* review.[1]  United States v.

_____

[1]  The statutory authority appears to call for review of the Magistrate Judge's release order by the district court judge.  This letter is addressed to both the District Court Judge and Magistrate Judge because undersigned counsel was informed that the

Judge Katherine M. Menendez
Magistrate Judge David T. Schultz
U.S. District Court of Minnesota
July 13, 2026
Page 2


<u>Maull</u>, 773 F.2d 1479, 1481-822, 1484 (8th Cir. 1985).

      Thank you for your attention to this matter.

                              Sincerely,

                              s/Jordan S. Kushner
                              Jordan S. Kushner

cc:     Prosecutors of record (via ECF)

---

Magistrate Judge is considering the motions. Mr. Davis cannot speak to whether other Defendants may be seeking consideration by the Magistrate Judge.