**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

v.

Isaac Auman Sant, et al.,

      Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER TO MODIFY**
**CONDITIONS OF RELEASE**

Eight defendants move to modify their conditions of release pursuant to 18 U.S.C. § 3145(a)(2). Dkt. Nos. 150, 152, 160, 171, 172, 173, 175. Defendants request the removal of the condition prohibiting contact with codefendants as a condition of release. Dkt. No. 150 at 1; Dkt. No. 152 at 1; Dkt. No. 160 at 1. Dkt. No. 171 at 1; Dkt. No. 172 ¶¶ 6–10; Dkt. No. 173 at 1; Dkt. No. 175 at 1. Defendants Emmett Doyle and Erik Davis alternatively request "that the district court at least issue an order making clear that joint meetings or electronic coummications [sic] with Defendants and their attorneys participating are permitted." Dkt. No. 150 at 8 n.3; Dkt. No. 152 at 5 n.2. Defendants Natasha Rakotz and Douglas Misterek also request the removal of the condition prohibiting them from protesting on federal property. Dkt. No. 160 at 7–9.

The Government "objects to the defense motion to modify conditions of release," arguing that "Defendant's [sic] requests do not state a change in circumstance that warrant revisiting the conditions of release." Dkt. No. 176 at 1. According to the Government, "[n]o contact orders are a typical condition of release and are typical of cases where there are many co-defendants in the indictment." *Id.* The Government does not specifically respond to Rakotz and Misterek's request to modify their conditions of

release to remove the prohibition against them protesting on federal property. *See generally id.*

**IT IS HEREBY ORDERED:**

1.      Defendants' Motions to Modify Conditions of Release (Dkt. Nos. 150, 152, 160, 171, 172, 173, 175) are **GRANTED** in part and **DENIED** in part.

2.      Defendants' additional condition of release 7(g) (Dkt. Nos. 33, 35, 37, 38, 40, 49, 50, 53, 57, 61, 70, 72, 99, 101) is modified to read: "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: codefendants listed in the Indictment while outside the presence of counsel. The Government shall provide a No Contact list to the defendant, defense counsel, and U.S. Probation Office."

3.      Defendants Isaac Auman Sant and Callum Robinet, who are roommates, may have contact with each other. However, that contact shall not include the discussion of this case while outside the presence of counsel.

4.      Defendants Rakotz's and Misterek's additional condition of release 7(u) (Dkt. Nos. 99, 101) is removed. They remain subject to the general condition of release that they may not violate any federal, state, or local law.

Dated: July 14, 2026                             s/ David T. Schultz_____
                                                 DAVID T. SCHULTZ
                                                 United States Magistrate Judge

2