IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Criminal No: 26-cr-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) Isaac Auman Sant,
(2) Emmett James Doyle,
(3) Cameron Kennedy,
(5) Erik Davis,
(6) Brian Stillwell Apland,
(8) Hannah Margaret Van de Water Davis,
(9) Treasure Cay Thoreson,
(10) Nathan Junho Kim,
(11) Alec Stewart,
(12) Douglas Misterek,
(13) Dustin Scott Beisell,
(14) William Morgan,
(15) Natasha Rakotz,

Defendants.

**JOINT PROPOSED CASE MANAGEMENT ORDER**

Pursuant to the Court's Order dated July 2, 2026 (ECF No. 170), and following the parties' July 16, 2026 meet and confer, the undersigned counsel, on behalf of the above-referenced Defendants and the United States, submit the following Joint Proposed Case Management Order.

1. On July 31, 2026, the Government will make the following disclosures to the above-referenced Defendants:

   a. video footage, including but not limited to body camera and surveillance recordings, via the Axon platform (the Government estimated the volume of this data to be between 800 and 900 video recordings);

b. document files, including but not limited to law enforcement reports, grand jury transcripts and exhibits, executed search warrants, declined search warrants, and the identification of any confidential reliable informants, via USAfx (the Government estimated the volume of this data to exceed 4,000 documents);

c. video files containing screen recordings of Signal messages, via download to one or more hard drives provided by Defendants (the Government estimated the volume of this data to exceed 18 terabytes); and

d. an index of all discovery currently in the Government's possession, via USAfx.

2. Defendants acknowledge that, given the volume of data, the download of video files containing screen recordings of Signal messages is likely to extend beyond July 31, 2026. The Government agrees that the download of such materials will be ready to begin on July 31, 2026.

3. As soon as practicable, but no later than August 14, 2026, the Government will disclose to Defendants any Cellebrite or other reports relating to electronic devices seized by the Government post-Indictment.

4. The Government indicated it would provide open file discovery and that it would produce Jencks Act materials as indicated in paragraph 1 by July 31, 2026.

5. The Government agreed to determine whether the screen recordings of Signal chats can be converted into images or another format to make the chats searchable.

6. Given the volume of data that will be produced on July 31, 2026, and thereafter, the parties agreed to jointly move to extend Defendants' deadline to file pretrial motions. The parties will file the joint motion in advance of the status conference scheduled for August 7, 2026.

Respectfully submitted on behalf of the parties as indicated above.

Dated: July 17, 2026

*s/ Manda M. Sertich*
Amanda M. Mills (#0397685)
Manda M. Sertich (#0504328)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400
612.492.7000
amills@fredlaw.com
msertich@fredlaw.com

***Attorneys for Defendant Van De Water Davis***