**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,                                   Case No. 26-cr-115 (KMM/DTS)

     Plaintiff,

v.                                                          **ORDER**

Isaac Auman Sant (1),
Emmett James Doyle (2),
Cameron Kennedy (3),
Callum Robinet (4),
Erik Davis (5),
Brian Stillwell Apland (6),
Hannah Margaret Van De Water Davis (8),
Treasure Cay Thoreson (9),
Nathan Junho Kim (10),
Alec Stewart (11),
Douglas Misterek (12),
Dustin Scott Beisell (13),
William Morgan (14),
Natasha Rakotz (15),

     Defendants.

---

This matter comes before the Court on the parties' joint proposed case management order. Dkt. No. 185. Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1.    On or before **July 31, 2026**, the Government will make the following disclosures to the above-referenced Defendants:

    a.  video footage, including but not limited to body camera and surveillance recordings, via the Axon platform (the Government estimated the volume of this data to be between 800 and 900 video recordings);

    b.  document files, including but not limited to law enforcement reports, grand jury transcripts and exhibits, executed search warrants, declined

search warrants, and the identification of any confidential reliable informants, via USAfx (the Government estimated the volume of this data to exceed 4,000 documents);

c. video files containing screen recordings of Signal messages, via download to one or more hard drives provided by Defendants (the Government estimated the volume of this data to exceed 18 terabytes); and

d. an index of all discovery currently in the Government's possession, via USAfx.

2.      Defendants acknowledge that, given the volume of data, the download of video files containing screen recordings of Signal messages is likely to extend beyond July 31, 2026. The Government agrees that the download of such materials will be ready to begin on **July 31, 2026**.

3.      As soon as practicable, but no later than **August 14, 2026**, the Government will disclose to Defendants any Cellebrite or other reports relating to electronic devices seized by the Government post-Indictment.

4.      The Government indicated it would provide open file discovery and that it would produce Jencks Act materials as indicated in paragraph 1 by **July 31, 2026**.

5.      The Government agreed to determine whether the screen recordings of Signal chats can be converted into images or another format to make the chats searchable.

6.      Given the volume of data that will be produced on July 31, 2026, and thereafter, the parties agreed to jointly move to extend Defendants' deadline to file pretrial

motions. The parties will file the joint motion in advance of the status conference scheduled for **August 7, 2026**.

7.    All remaining case deadlines shall remain as specified in the case management order, Dkt. No. 170, unless amended by the Court.

Dated: July 21, 2026                           s/ David T. Schultz_____
                                               DAVID T. SCHULTZ
                                               United States Magistrate Judge