UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                           Case No: 26-cr-115 (KMM/DTS)

                Plaintiff,

v.

                                                    **Brady Obligation Order**

Kyle Wagner (7),

                Defendant.

_____

    Pursuant to the Due Process Protections Act the Court confirms the United States'
obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors
the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373
U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose
exculpatory evidence in a timely manner may result in consequences, including, but not limited
to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,
disciplinary action, or other sanctions by the court.

    **IT IS SO ORDERED.**

    Dated: July 21, 2026

                                                    *s/John F. Docherty*
                                                    John F. Docherty
                                                    U.S. Magistrate Judge