AO 442 (Rev. 11/11) Arrest Warrant

RECD U.S. MARSHAL MPLS
JUN 12 '26 AM8:47

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Kyle Wagner (7)

)
)
)
)
)
)

Case No.   26-115 KMM/DTS

_____
Defendant

RECEIVED

JUL 3 1 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kyle Wagner                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

   Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

                                                                                        Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Conspiracy to Impede or Injure a Federal Officer, 18:372
Count 2: Solicitation to Commit a Crime of Violence, 18:373
Count 3: Interstate Threats, 18:115(a)(1)(B)

Date:  06/11/2026 _____

                                                        _____ M. Fogarty _____
                                                                *Issuing officer's signature*

City and state:    Minneapolis, MN _____

                                                        Kate M. Fogarty, Clerk of Court
                                                            *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| ARRESTED ON   7/20/2026 | |
| Date: _____    ARRESTED BY   USMS | _____ |
|    U.S. MARSHAL | *Arresting officer's signature* |
|    DISTRICT OF MINNESOTA | |
|    BY _____ | _____ |
| | *Printed name and title* |

SCANNED
LT
JUL 3 1 2026
U.S. DISTRICT COURT MPLS