UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-CR-115 (KMM/DTS)

UNITED STATES OF AMERICA,               )
                                        )
          Plaintiff,                    )
                                        )     **NOTICE OF JOINT REQUEST**
v.                                      )     **TO CANCEL 8/7/26 STATUS**
                                        )          **CONFERENCE**
TREASURE THORESON (9) ,                 )
                                        )
          Defendant.                    )

Treasure Thoreson, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. By Order dated July 2, 2026, (ECF# 170), the Court scheduled a status conference in this matter for August 7, 2026, at 10:00 a.m., and provided that the Court would consider cancelling the status conference upon request by the parties.

2. Undersigned counsel has conferred with counsel for all fifteen (15) defendants in this matter. All counsel is in agreement that the status conference at this time is not necessary. The Government made initial disclosures on July 31, 2026. Defense counsel is in the process of reviewing these disclosures and will seek to resolve with the Government any issues as to the scope of the disclosures and technical issues with access, without court intervention at this time. If a status conference becomes necessary to address outstanding issues with respect to scheduling or the timing of

1

discovery disclosures, counsel will submit a request for a status conference at a future date.

3. The Government by Special Assistant United States Attorney Sommer Honeycutt agrees with this request to cancel the status conference now scheduled for August 7, 2026.

4. By separate Order dated July 21, 2026, (ECF# 186), the Court ordered the parties to submit a joint motion to extend the deadline for filing of pretrial motions as previously agreed upon by the parties. Defense counsel for all fifteen (15) defendants are currently discussing among themselves, and then with the Government, the dates to be proposed in such a joint motion. Counsel anticipates that a proposed joint motion will be submitted to the Court by August 7, 2026.

Date: August 4, 2026          S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR TREASURE THORENSON