UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-CR-115 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE THORESON (9) ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JOINT REQUEST RE CASE SCHEDULING ORDER** |

Treasure Thoreson, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. Counsel submits this Joint Request re Case Scheduling Order to the Court pursuant to its Order of July 21, 2026 (ECF#186) directing the parties to submit a joint motion to extend the deadline for filing of pretrial motions.
2. Undersigned counsel has conferred with counsel for all fifteen (15) defendants in this matter and with Special Assistant United States Attorney Sommer Honeycutt on behalf of the Government. All parties submit a joint request that the Court extend the current deadline to submit a joint scheduling order to a date on or before September 18, 2026, and to cancel deadlines currently set by the Arraignment, Motions and Case Management Order of July 2, 2026 (ECF#170)(excepting those deadlines set by ECF# 186 on July 21, 2026). Such a joint scheduling order would address deadlines for the defendant's discovery disclosures, notice of defense, filing

of pre-trial motions, responsive deadlines and notice of intent to call witnesses, and potential motion hearing dates.

3. The basis for this request is the volume and nature of disclosures made by the Government on July 31, 2026, and further anticipated upcoming disclosures. On July 31, 2026, the Government disclosed 6,440 separate documents; 641 additional items in "native" format; and approximately 7,558 video/audio files. The Government also provided over 20 TB of video recordings of Signal "chat" files, on a single hard drive provided by defense counsel. Due to the multiple days required to copy the 20 TB to a singly hard drive, defense counsel have for now accepted a single-hard drive and agreed to seek to coordinate review of that material among themselves. In addition, the Government is scheduled to disclose multiple Cellebrite phone extraction reports on August 14, 2026, and to engage in "rolling discovery" for additional materials.

4. Given this volume of disclosures, defense counsel is simply unable at this time to propose a realistic scheduling order without further review of the materials disclosed and at least preliminary identification of issues to be raised by appropriate pre-trial motions. In light of scheduled vacations during August, the Labor Day holiday, and counsel's other professional obligations, all counsel believe that time up to and including September 18, 2026, is required for counsel to provide the Court with a proposed joint scheduling order that will be workable and realistic.

WHEREFORE, the parties jointly request to suspend the deadlines in the Court's Arraignment, Motions and Case Management Order of July 2, 2026 (ECF#170)(excepting those deadlines set by ECF# 186 on July 21, 2026), and to require the parties to submit a joint proposed scheduling order to address all remaining pre-trial deadlines on or before September 18, 2026.

Date: August 5, 2026

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR TREASURE THORESON