UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-115 (KMM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA RAKOTZ, BRIAN APLAND, DUSTIN BEISELL, CAMERON KENNEDY<br><br>and<br><br>DOUGLAS MISTEREK,<br><br>Defendants. | **DEFENDANTS RAKOTZ, APLAND , BEISELL, KENNEDY AND MISTEREK'S JOINT ADOPTION OF CODEFENDANTS' APPEAL OF CONDITION OF RELEASE** |

Defendants Natasha Rakotz, Brian Apland, Dustin Beisell, Cameron Kennedy, and Douglas Misterek, pursuant to 18 U.S.C. § 3145(a)(2) and (c), respectfully incorporate and adopt the arguments raised by the Motions to Modify Conditions to Release (ECF Nos. 150, 152, 160, 171, 172, 173, 175, 195, and 196) and the Appeal/Objection of Magistrate Judge Decision (ECF Nos. 190, 199, and 200), and hereby join the request for modification of Magistrate Judge Schultz's July 14, 2026 Order to Modify Conditions of Release, ECF No. 182. Specifically, Defendants Rakotz, Apland, Beisell, Kennedy and Misterek request the removal of the restriction prohibiting otherwise lawful communication between codefendants outside of the presence of counsel.

Respectfully submitted on behalf of the parties as indicated above.

Date: August 7, 2026

/s/ Kira A. Kelley

Kira A. Kelley, Esq. (MN: 402932)
CLIMATE DEFENSE PROJECT
P.O. Box 7040
Minneapolis, MN 55407
kira@climatedefenseproject.org
(802) 683-4086
*Attorney for Natasha Rakotz (15)*