UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC SANT, et al.

Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please remove the following Assistant United States Attorney from the above-captioned case:

KRISTIAN WEIR

Dated: August 11, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Kristian Weir*
BY: KRISTIAN WEIR
Assistant U.S. Attorney