UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO JOIN MOTION |
| | ) | |
| WILLIAM MORGAN, et al. | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned defendants move to join the motion of codefendant Isaac Sant for discovery under Rule 16 and Giglio. Doc. No. 212. The Defendants are charged as members of the conspiracy in which Mr. Sant is charged. The government alleges that they are members of the same sprawling and unfounded conspiracy alleged against Mr. Sant. The Defendants' activities were also surveilled by undercover officers. The concerns raised by Mr. Sant apply in equal measure to the Defendants. Accordingly, the undersigned defendants move to join Mr. Sant's motion and asks that any relief granted be extended to them as well.

The government has indicated it has no objection to this motion.

Dated: August 17, 2026

Respectfully submitted,

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142
LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN 55416

(651) 278-4987
*Attorney for William Morgan* (14)

**KELLEY, WOLTER & SCOTT, P.A.**
*s/ Brett D. Kelley*
Brett D. Kelley (#397526)
11100 Wayzata Boulevard, Suite 510
Minnetonka, MN 55369
Telephone: (612) 371-9090
bkelley@kelleywolter.com
*Attorney for Brian Apland*

JOHNSON & GREENBERG, PLLP
s/Lee R. Johnson
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621
Attorney for Defendant
Dustin Beisell

Jordan Kushner Law Office
s/ Jordan S. Kushner
Atty id 219307
431 South 7th Street, Suite 2446
Minneapolis, MN 55415
(612) 288-0545
Attorney for Erik Davis

ARNESON LAW OFFICE, LLC
s/Wyatt Arneson
Wyatt Arneson #0392071
400 South 4th Street
Suite 1025
Minneapolis, MN 55415
(612) 746-1188
Attorney for Douglas Misterek

*/s Shauna Faye Kieffer*
Shauna Kieffer (0389362)
and Thomas Harmon, V. (0289759)
Kieffer Law LLC and Harmon Law Office
310 4th Ave. South Suite 1050
Minneapolis, MN 55415
(612) 418-3398
shauna@kieffercriminaldefense.com
Attorneys for Emmett Doyle (2)

**DORSEY & WHITNEY LLP**
s/ Surya Saxena
Surya Saxena, Reg. No. 0339465
Michael Rowe Reg. No. 0392598
Ian Blodger Reg. No. 0398254
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612-340-2600
*Attorneys for Defendant Kim*

S/BRUCE D. NESTOR
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com
ATTORNEY FOR TREASURE THORESON

FREDRIKSON & BYRON, P.A.
/s/ Manda M. Sertich
Amanda M. Mills (#397685)
Manda M. Sertich (#0504328)
60 South Sixth Street, #1500
Minneapolis, MN 55401-4400
612-492-7199
amills@fredlaw.com
msertich@fredlaw.com
Attorneys for Defendant
Hannah Van Der Water Davis (8)

/s/ Kira A. Kelley .
Kira A. Kelley, Esq. (MN: 402932)
CLIMATE DEFENSE PROJECT
P.O. Box 7040
Minneapolis, MN 55407
kira@climatedefenseproject.org
(802) 683-4086
*Attorney for Natasha Rakotz (15)*

s/ Jill Anna Brisbois
Jill Anna Brisbois
Attorney License No. 345477
150 South Fifth Street, Suite 1850
Minneapolis, MN 55402
(651) 209-7797
jill@thejabfirm.com
Attorney For Cameron Michael Kennedy (3)

*s/ Robert Lengeling*
Law Office of Robert A. Lengeling, PLLC
Lumber Exchange Building
10 S. 5th Street, Suite 800
Minneapolis, Minnesota 55402
(612) 963-1555
Attorney for Alec Stewart