UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.26-cr-115 KMM/DTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC SANT ET AL,

Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Tory R. Sailer

Dated: August 20, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Tory R. Sailer*

BY:

TORY R. SAILER
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 0400345
tory.sailer@usdoj.gov
612-664-5600