UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-115 (KMM/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC SANT, ET AL,

Defendants.

**GOVERNMENT'S MOTION FOR CONTINUANCE OF HEARING**

The United States of America respectfully submits this motion to continue the hearing currently set for Thursday, August 27, 2026. This case has been certified as complex. (ECF Dkt. No. 205). Only one noticed Counsel for the United States is currently available for the hearing docketed for August 27, 2026. The government and defense counsel conferred regarding this motion and the defense objects. The government respectfully moves the Court to continue this deadline to a date the week of August 31–September 4, 2026.

Dated: August 21, 2026

Respectfully Submitted:

DANIEL N. ROSEN
United States Attorney

s/ *Tory Sailer*

TORY R. SAILER
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 0400345
tory.sailer@usdoj.gov
612-664-5600