UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-115 (KMM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE THORESON (9),<br><br>Defendant. | **RESPONSE IN OPPOSITION TO MOTION TO CONTINUE** |

Treasure Thoreson, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. This Response in Opposition is filed, after conferring with counsel, on behalf of Defendants: Sant (1), Doyle (2), Kennedy (3), Robinet (4), Davis (5), Apland (6), Van Der Water Davis (8), Thoreson (9), Kim (10), Stewart (11), Misterek (12), Beisell (13), Morgan (14) and Rakotz (15).
2. Defendant's Motion for Discovery Under Rule 16 and *Brady/Giglio* (ECF# 212) was filed on August 13, 2026. It was originally set for hearing on August 27, 2026, at 10:00 a.m., by Order dated August 14, 2026.
3. Special Assistant United States Attorney Sommer Honeycutt contacted the Court by email on August 14, 2026, indicating that she had a scheduling conflict in the morning of August 27, 2026, but was "available in the afternoon of the 27th." The Court accommodated this request and moved the hearing to 2:30 p.m. on August 27, 2026. SAUSA Honeycutt in her

communication to the Court did not indicate the Government had any other objection to proceeding with the hearing on the afternoon of August 27, 2026.

4. The Government filed a thirty-seven page Consolidated Response to the Motion for Discovery (ECF#227) on August 21, 2026. The primary author of the Consolidated Response appears to be SAUSA Honeycutt, who has previously indicated her availability for the hearing in the afternoon of August 27, 2026.

5. The Motion for Discovery will be argued on behalf of all Defendants by attorney Kevin Riach who represents Isaac Sant (1). In seeking a continuance to the week of August 31-September 4, 2026, the Government provides no reason as to why a single attorney would be unable to argue the Motion on behalf of the Government.

6. Many defendants and their counsel have already obtained time off work or re-arranged their schedules based on the scheduled hearing date of August 27, 2026. The selection of a new date the week of August 31-September 4, 2026, would inevitably create scheduling conflicts for at least some defense counsel and be a hardship to defendants who have already taken time off work based on the hearing date of August 27, 2026.

7. The issues presented by the Motion for Discovery are not particularly complex or unique and the Government has provided no reason as to why

available counsel would be unable to adequately argue the matter on behalf of the Government.

8. The Government has chosen to file a sweeping indictment against fifteen individuals, alleging at least 260 overt acts over a period of six months and involving thousands of hours of investigative time. The Government should be able to assign adequate prosecutorial resources to reflect the alleged size, scope and severity of the charged offense.

WHEREFORE, Defendants object to the Motion to Continue (ECF# 226).

Date: August 21, 2026

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR TREASURE THORESON