UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Isaac Sant,

Defendant.

Court File No. 26-cr-115 (KMM/DTS)

**DECLARATION OF KEVIN C. RIACH**

I, Kevin C. Riach, state as follows:

1. I represent Defendant Isaac Sant in the above-captioned matter.

2. Mr. Sant has submitted forty-nine exhibits in support of his Motion for Discovery.

3. Below is a chart listing Defendant's exhibits and the corresponding ECF document number for reference by the Court and the parties:

| **EXHIBIT NUMBER** | **ECF NUMBER** |
|---|---|
| **Exhibit 1** | **212-1** |
| **Exhibit 2** | **212-2** |
| **Exhibit 3** | **212-3** |
| **Exhibit 4** | **212-4** |
| **Exhibit 5** | **212-5** |
| **Exhibit 6** | **212-6** |
| **Exhibit 7** | **212-7** |
| **Exhibit 8** | **212-8** |
| **Exhibit 9** | **212-9** |
| **Exhibit 10** | **212-10** |
| **Exhibit 11** | **212-11** |
| **Exhibit 12** | **212-12** |

| | |
|---|---|
| **Exhibit 13** | **212-13** |
| **Exhibit 14** | **212-14** |
| **Exhibit 15** | **212-15** |
| **Exhibit 16** | **212-16** |
| **Exhibit 17** | **212-17** |
| **Exhibit 18** | **212-18** |
| **Exhibit 19** | **212-19** |
| **Exhibit 20** | ***In Camera*** |
| **Exhibit 21** | **212-20** |
| **Exhibit 22** | **212-21** |
| **Exhibit 23** | **212-22** |
| **Exhibit 24** | **212-23** |
| **Exhibit 25** | **212-24** |
| **Exhibit 26** | **212-25** |
| **Exhibit 27** | **212-26** |
| **Exhibit 28** | **212-27** |
| **Exhibit 29** | **212-28** |
| **Exhibit 30** | **212-29** |
| **Exhibit 31** | **212-30** |
| **Exhibit 32** | **212-31** |
| **Exhibit 33** | **217** |
| **Exhibit 34** | **217-1** |
| **Exhibit 35** | **217-2** |
| **Exhibit 36** | **231** |
| **Exhibit 37** | **231-1** |
| **Exhibit 38** | **231-2** |
| **Exhibit 39** | **231-3** |
| **Exhibit 40** | **231-4** |
| **Exhibit 41** | **231-5** |
| **Exhibit 42** | **231-6** |
| **Exhibit 43** | **231-7** |
| **Exhibit 44** | **231-8** |
| **Exhibit 45** | **231-9** |
| **Exhibit 46** | **231-10** |
| **Exhibit 47** | **231-11** |
| **Exhibit 48** | **231-12** |
| **Exhibit 49** | **231-13** |

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: August 25, 2026

/s/ Kevin C. Riach
Kevin C. Riach