**Law Enforcement Information Sharing with the Financial Industry**

**2025-2026**

| Transmission Date | Tracking Number | Number of Subjects |
|---|---|---|
| 1/5/2025 | 405127 | 1 |
| 1/7/2025 | 404305 | 1 |
| | 404891 | 13 |
| | 405043 | 1 |
| | 405067 | 3 |
| | 405069 | 1 |
| | 405079 | 1 |
| | 405082 | 1 |
| | 405112 | 3 |
| | 405114 | 10 |
| | 405117 | 1 |
| | 405119 | 8 |
| | 405120 | 1 |
| | 405121 | 2 |
| | 405122 | 16 |
| 1/21/2025 | 404311 | 4 |
| | 405066 | 16 |
| | 405116 | 5 |
| | 405125 | 1 |
| | 405126 | 27 |
| | 405129 | 5 |
| | 405130 | 4 |
| | 405131 | 1 |
| | 405132 | 37 |
| | 405133 | 1 |
| | 405136 | 6 |
| | 405139 | 5 |
| | 405140 | 1 |
| | 405143 | 7 |
| | 405144 | 39 |
| | 405147 | 1 |
| | 405148 | 1 |

**EXHIBIT 52**

| Transmission Date | Tracking Number | Number of Subjects |
|---|---|---|
| | SCM-16117-R8S6W | 1 |
| | SCM-16120-G2S3G | 5 |
| | SCM-16121-Q0G9J | 4 |
| | SCM-16123-C3G9L | 1 |
| | SCM-16124-G3F2N | 1 |
| | SCM-16125-C2Y5H | 1 |
| | SCM-16128-M0Q3Q | 2 |
| | SCM-16129-D0X0H | 3 |
| | SCM-16130-R7Z2J | 13 |
| | SCM-16132-H1C2T | 7 |
| | SCM-16134-C1H6K | 1 |
| | SCM-16135-F5C3C | 14 |
| | SCM-16136-G4V4K | 5 |
| | SCM-16137-V3F6D | 20 |
| | SCM-16140-F7V9Z | 3 |
| | SCM-16142-X6N2J | 10 |
| | SCM-16143-G8R1P | 2 |
| | SCM-16146-T7J4R | 3 |
| | SCM-16147-T7C7K | 4 |
| | SCM-16150-H0D8B | 4 |
| | SCM-16151-K5J4P | 1 |
| | SCM-16152-L8C3P | 4 |
| | SCM-16166-Z8D6W | 1 |
| 3/31/2026 | SCM-15076-J7X5G | 27 |
| | SCM-15153-B7H9W | 16 |
| | SCM-15819-K3G7L | 1 |
| | SCM-16050-K7C5G | 29 |
| | SCM-16086-S1B9V | 3 |
| | SCM-16104-C8D3G | 1 |
| | SCM-16112-T2X2J | 29 |
| | SCM-16122-W9M9T | 2 |
| | SCM-16138-D9S1Y | 3 |
| | SCM-16144-M4V9Y | 1 |
| | SCM-16154-T0H3X | 12 |
| | SCM-16160-D2G4N | 6 |
| | SCM-16165-R3S2Q | 1 |
| | SCM-16167-C9K6Z | 23 |
| | SCM-16168-G5B3F | 5 |
| | SCM-16170-D7X7C | 1 |
| | SCM-16172-X7G7G | 5 |
| | SCM-16173-L9Y0C | 1 |
| | SCM-16174-P5F5R | 11 |
| | SCM-16175-P4B7B | 2 |
| | SCM-16177-F2H7B | 3 |
| | SCM-16179-R9Y1S | 1 |

**EXHIBIT 52**