**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Isaac Auman Sant, et al.,

Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

**IT IS HEREBY ORDERED**:

1. All motions in this case shall be filed by **December 18, 2026**. Counsel is directed to read the Court's Case Management Order, Dkt. No. 117, prior to filing any discovery motion.

2. Counsel must file a letter on or before **December 18, 2026,** if no motions will be filed and there is no need for a motions hearing.

3. Responses to the motions must be filed by **January 4, 2027**.

4. Any Notice of Intent to Call Witnesses must be filed by **January 4, 2027**. D. Minn. LR 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses must be filed by **January 6, 2027**. D. Minn. LR 12.1(c)(3)(B).

6. The motions shall be heard before Magistrate Judge David T. Schultz on **January 8, 2027** at **10:00 a.m.**, in **Courtroom 15**, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

7. The period from **August 28, 2026 through the motions filing date of December 18, 2026 shall be excluded from Speedy Trial Act computations for this case**. The Court finds, based on the entire record of this case, that the ends of justice

served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

8. Counsel must contact the Courtroom Deputy for District Judge Katherine M. Menendez to confirm the new trial date.

Dated: August 28, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge