**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant (1),

Defendant.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

Defendant moves for an extension of time to respond to the Government's supplemental briefing from the current deadline of September 17, 2026 to September 25, 2026. Dkt. No. 266. The government does not oppose.

**IT IS HEREBY ORDERED:**

1. Defendant's motion for an extension of time to respond to supplemental briefing, Dkt. No. 266, is **GRANTED.**

2. Defendant must file his response to the Government's supplemental briefing on or before September 25, 2026.

Dated: September 16, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge