**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Kyle Wagner (7),

Defendant.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

Defendant Kyle Wagner moves to reopen his detention hearing based on a change of circumstances under 18 U.S.C. § 3142(f). Dkt. No. 269. On July 21, 2026, Wagner appeared before the Court for an initial appearance. Dkt. No. 187. The Government moved for Wagner's detention but noted that the issue was moot because Wagner was currently detained pursuant to another matter pending in the Eastern District of Michigan. Dkt. No. 194. Wagner waived his right to a hearing on the issue of detention at the July 21 hearing but reserved the right to a detention hearing at a later date. *Id.*

The Court being duly advised in the premises, upon all files, records, and proceedings herein, now makes and enters the following ORDER:

**IT IS HEREBY ORDERED** that a detention hearing is scheduled before the undersigned on October 2, 2026, at 11:00 A.M. in Courtroom 9W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: September 21, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge