**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Isaac Auman Sant, et al.,

Defendants.

Case No. 26-cr-115 (KMM/DTS)

**ORDER**

---

First Universalist Church of Minneapolis, Hennepin Avenue United Methodist Church, and St. John the Evangelist Episcopal Church, move for leave to file a brief as *amici curiae* in support of Defendants' discovery motion. Dkt. No. 322. "There is no specific procedural rule governing the submission of amicus briefs in the federal district courts [and] district courts in this Circuit consider the decision whether to grant or deny leave to be within their broad discretion." *Tincher v. Noem*, No. 25-cv-4669, 2026 WL 17973, at *1 (D. Minn. Jan. 2, 2026) (collecting cases).

**IT IS HEREBY ORDERED:**

1. The Motion for Leave to File Brief of *Amici Curiae* (Dkt. No. 322) is **GRANTED**; and

2. Movants shall promptly file their proposed *amicus* brief (Dkt. No. 322-1).

Dated: November 18, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge